Chapter 13 Plan Form, Revised 10/24/2005

**FIRST AMENDED CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** 09-16531 DWH

Debtor **Contina Johnson**　　　　　　SS# **xxx-xx-0812**　　Current Monthly Income $ **1,417.76**
Joint Debtor　　　　　　　　　　　　SS#　　　　　　　　　Current Monthly Income $
Address **6177 Highway 7 S Waterford, MS 38685-0000**　　　No. of Dependents **2**
Telephone No.　　　　　　　　**TAX REFUNDS AND EIC FOR DISTRIBUTION:**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)　Debtor shall pay $ **94.50** per **week** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

　　Huddle House
　　1927 Jackson Ave.
　　Oxford, MS  38655

(B)　Joint Debtor shall pay $____ per **(monthly / semi-monthly / weekly / bi-weekly )** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ **0.00** @ $ **0.00** /mo
State Tax Commission $ **0.00** @ $ **0.00** /mo Other $ **0.00** @ $ **0.00** /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**
　　　　　　　　　　　　　　　　　　**-NONE-**
beginning in the amount of $ per month shall be paid:
　　____ direct　　____ through payroll deduction　　____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**
　　　　　　　　　　　　　　　　　　**-NONE-**
in the amount of $ shall be paid $ per month:
　　____ through payroll deduction　　____ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: **Frank Hurdle**　　　　**BEGINNING 02/01/2010**　@$ **170.67** thru the Plan
MTG ARREARS TO: **Frank Hurdle**　　　**THROUGH 01/01/2010**　$ **2,565.34** @$ **42.76** /MO*
　　　　　　　　　　　　　　　　　　(*Including interest at 0.00%)

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1326(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| **Hyundai Motors Finance** | **2004 Kia Optima** | 4,838.00 | 11,000.00 | 5.50 % | 5,544.69 | 92.41 |
| **Marshall County Chancery Clerk** | **6177 Hwy 7 S, Waterford, MS** | 1,108.51 | 11,000.00 | 18.00 % | to be determined | as early as possible |

Debtor's Initials **CJ**　Joint Debtor's Initials____　　　　　CHAPTER 13 PLAN, PAGE 1 OF 2

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| **Fidelity National Loans** | 60" tv, 19" tv, 25" tv and stereo | 1,539.73 | Avoid lien on all items; treat as unsecured. Lien to be released upon completion of the plan and receipt of discharge. |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   **-NONE-**

**UNSECURED DEBTS** totaling approximately $ **38,105.65** are to be paid in deferred payments to creditors that have filed claims that are not disallowed: ____ IN FULL or **0.00** % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ **2,500.00**              Pay administrative costs and debtor's attorney fees
Attorney Fees Previously Paid $ **0.00**                Pursuant to Court Order and/or local rules.
Attorney fees to be paid through the plan $ **2,500.00**

Name/Address/Phone # of Vehicle Insurance Co./Agent

Attorney for Debtor (Name/Address/Phone # / Email)
**Robert Gambrell 4409**
**106 King Street**
**Oxford, MS 38655-4236**

Telephone/Fax

Telephone/Fax  **662-281-8800/662-202-1004**
E-mail Address  **rgnd@gulfcoastlawyer.com**

DATE: **January 15, 2010**         DEBTOR'S SIGNATURE          **/s/ Contina Johnson**
Amended: **January 19, 2010**      JOINT DEBTOR'S SIGNATURE
                                   ATTORNEY'S SIGNATURE        **/s/ Robert Gambrell**